SEAN CARROLL
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT
7101 TANAGER DR.
CARLSBAD, CA. 92011
ADDRESS

FILED
08 JUN 24 PM 3: 37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

# United States District Court
## Southern District Of California

SEAN CARROLL,
    Plaintiff/Petitioner/Movant

v.

LINCOLN MUTUAL MORTGAGE, ET AL.,
    Defendant/Respondent

Civil No. '08 CV 1120 JM RBB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, SEAN CARROLL declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   Yes   No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?   ☐ Yes ☐ No
    Do you receive any payment from the institution?   ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)
::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? **x** Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   CHICAGO SUN TIMES
   350 N. ORLEANS ST.
   CHICAGO, IL. 60654
   2,000.00 Per mo.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    **x** Yes  ☐ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  **x** No
   c. Pensions, annuities or life insurance            ☐ Yes  **x** No
   d. Disability or workers compensation               ☐ Yes  **x** No
   e. Social Security, disability or other welfare     ☐ Yes  **x** No
   e. Gifts or inheritances                            ☐ Yes  **x** No
   f. Spousal or child support                         ☐ Yes  **x** No
   g. Any other sources                                ☐ Yes  **x** No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   2,000.00 per month

4. Do you have any checking account(s)?   ☐ Yes  **x** No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes  **x** No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? **x** Yes   ☐ No
   a. Make: HYUNDAI          Year: 2000        Model: SONATA
   b. Is it financed?   ☐ Yes  **x** No
   c. If so, what is the amount owed?_____

CIV-67 (Rev. 9/97)                    -2-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   **x** Yes    ☐ No
   If "Yes" describe the property and state its value._____
   I am still on title to the residential property which is subject to these proceedings, however, this property was awarded to my ex-wife pursuant to our marital settlement agreement. Property address: 7101 Tanager Dr., Carlsbad, California 92011
   Value

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   ALEXANDER CARROLL: SON

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Fremont Investment and Loan, 750,000.00
   Property in foreclosure

   Carolyn Carroll-Blake: 341.00 per mo. / Child-Spousal Support Order

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

6-24-08
DATE

_____
SIGNATURE OF APPLICANT