FILED

2008 AUG 20 PM 12: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154288    - MB

August 20, 2008
12:34:23

Civ Fil Non-Pris
USAO #.: 08CV1120 CIVIL FILING
Judge..: JEFFREY T MILLER
Amount.:                $350.00 CK
Check#.: PC6764

Total-> $350.00

FROM: SEAN CARROLL VS
      LINCOLN MUTUAL MORTGAGE CORP
      $320 CHECK & $30 CASH