Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SEAN CARROLL

Plaintiff

vs

LINCOLN MUTUAL MORTGAGE CO., a California State Corporation; FREMONT INVESTMENT AND LOAN COMPANY, a California State Corporation; MARK A. BRENCICK, an individual; and DOES 1 through 65, INCLUSIVE

Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1120 JM RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SEAN CARROLL
7101 TANAGER DR.
CARLSBAD, CALIFORNIA 92011

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

AUG 2 0 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)