Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 22 PM 2:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEAN CARROLL *Plaintiff*

vs

LINCOLN MUTUAL MORTGAGE CO., a California State Corporation; FREMONT INVESTMENT AND LOAN COMPANY, a California State Corporation; MARK A. BRENCICK, an individual; and DOES 1 through 65, INCLUSIVE *Defendants*

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1120 JM RBB

TO: (Name and Address of Defendant)

LINCOLN MUTUAL MORTGAGE CO.
8555 AERO DR., STE. 110
SAN DIEGO, CA. 92123

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SEAN CARROLL
7101 TANAGER DR.
CARLSBAD, CALIFORNIA 92011

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

AUG 2 0 2008

J. PARIS

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER  LINDA S. SHON | TITLE  SERVER |

Check one box below to indicate appropriate method of service

[X]  Served personally upon the defendant. Place where served:  8555 AERO DR. STE. 110 SAN DIEGO, CA. 92123

[ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: JANE DOE, RECEPTIONIST OVER AGE 18

[ ]  Return unexecuted:

[ ]  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date  08/21/08   Signature of Server

2207 GARNET AVE., SAN DIEGO, CA. 92109
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CARROLL | Case No. 08 CV 1120 JM RBB |
| vs. | DECLARATION OF SERVICE |
| Lincoln Mutual Mortgage Corp. | Person Served: Lincoln Mutual Mortgage Corp. |
| | Date Served: 08/21/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
SUMMONS, COMPLAINT
in the following manner: (check one)

1)   By personally delivering copies to the person served.

2) ✘  By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
    on              , 20       .

Executed on ____AUGUST 21____, 20 08    at SAN DIEGO, CALIFORNIA

*(signature)*

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)